AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

Dennis Radcliff, plaintiff,

V.

American Funding, Inc., et al., defendants.

CASE NUMBER: 08CV1979

ASSIGNED JUDGE: JUDGE DER-YEGHIAYAN

DESIGNATED MAGISTRATE JUDGE: MAGISTRATE JUDGE BROWN

TO: (Name and address of Defendant)

Bear Stearns Residential Mortgage Corporation
9201 East Mountain View Road, Suite 210
Scottsdale, AZ 85258

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Al Hofeld, Jr.
Law Offices of Al Hofeld, Jr.
208 S. LaSalle Street, Suite 1650
Chicago, IL 60604

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

NOTE: When the print dialogue box appears, be sure to uncheck the Annotations option.

**Michael W. Dobbins, Clerk**

(By) DEPUTY CLERK



**April 8, 2008**
Date

AO 440 (Rev. 05/00) Summons in a Civil Action

# RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | DATE 4-28-08 @ 8:55 am |
| NAME OF SERVER (PRINT) Michael Verg | TITLE Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Person in charge - Susan Brace
Vice Pres. of Compliance
Served at 9201 E. Mountain View Rd Ste 210
Scottsdale AZ 85258

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  4-29-08      _____
            Date          Signature of Server

Arizona Quick Serve
9393 N. 90th St. Ste 121
Scottsdale, AZ 85258

*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.