AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

### SUMMONS IN A CIVIL CASE

Dennis Radcliff, plaintiff,

V.

American Funding, Inc., et al., defendants.

CASE NUMBER: 08CV1979

ASSIGNED JUDGE: JUDGE DER-YEGHIAYAN

DESIGNATED MAGISTRATE JUDGE: MAGISTRATE JUDGE BROWN

TO: (Name and address of Defendant)

Performance Credit Corporation
formerly known as Encore Credit Corporation
c/o registered agent,
National Registered Agents, Inc.
200 West Adams
Chicago, IL 60604

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Al Hofeld, Jr.
Law Offices of Al Hofeld, Jr.
208 S. LaSalle Street, Suite 1650
Chicago, IL 60604

an answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

NOTE: When the print dialogue box appears, be sure to uncheck the Annotations option.

**Michael W. Dobbins, Clerk**

(By) DEPUTY CLERK

April 8, 2008
Date

AO 440 (Rev. 05/00) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | DATE 4-22-08 |
| NAME OF SERVER (PRINT) Al Hofeld | TITLE Attorney |

Check one box below to indicate appropriate method of service

☑ Served personally upon the defendant. Place where served: 200 W. Adams, 20th Floor, NRA, Inc., Chicago, 60604 on Courtney Hightower at 1:21 PM

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  4-22-08
            Date            Signature of Server  /s/ Al Hofeld

Address of Server: 208 S. LaSalle Street, #1650, Chicago, IL 60604

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.