# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of

Dennis Radcliff,
v.
American Funding, Inc., et al.

Case Number: 1:08-cv-01979

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Bear Sterns Residential Mortgage Corporation,  LaSalle National Bank Association, as Trustee for Certificateholders of  Bear Stearns Asset-Backed Securities I LLC, Asset-Backed Certificates, Series 2007-HE7; EMC Mortgage Corporation; Mortgage Electronic Systems, Inc.

| |
|---|
| NAME (Type or print)<br>Kristin H. Sculli |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ Kristin H. Sculli |
| FIRM<br>McGuireWoods LLP |
| STREET ADDRESS<br>77 West Wacker Drive, Suite 4100 |
| CITY/STATE/ZIP<br>Chicago, IL 60601 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6286388 | TELEPHONE NUMBER<br>(312) 849-8100 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ☑ |

IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?    YES ☐    NO ☑

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐        APPOINTED COUNSEL ☐