UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| DENNIS RADCLIFF | ) | |
| | ) | 08-CV-01979 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| AMERICAN FUNDING, INC.; | ) | |
| PERFORMANCE CREDIT CORPORATION, | ) | |
| F/K/A/ ENCORE CREDIT CORPORATION; | ) | |
| BEAR STERNS RESIDENTIAL MORTGAGE | ) | |
| CORPORATION; LASALLE NATIONAL BANK | ) | |
| ASSOCIATION, AS TRUSTEE FOR | ) | |
| CERTIFICATEHOLDERS OF BEAR STERNS | ) | |
| ASSET-BACKED SECURITIES I LLC, | ) | |
| ASSET-BACKED CERTIFICATES, SERIES | ) | |
| 2007-HE7; EMC MORTGAGE | ) | |
| CORPORATION; MORTGAGE ELECTRONIC | ) | |
| REGISTRATION SYSTEMS, INC.; AND DOES | ) | |
| 1-5, | ) | |
| | ) | |
| Defendants. | ) | |

**EMC MORTGAGE CORPORATION'S, BEAR STEARNS RESIDENTIAL MORTGAGE CORPORATION'S, LASALLE NATIONAL BANK ASSOCIATION AS TRUSTEE FOR CERTIFICATE HOLDERS OF BEAR STEARNS ASSET-BACKED SECURITIES I LLC, ASSET-BACKED CERTIFICATES SERIES 2007-HE7, AND MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.'S AGREED MOTION FOR <u>EXTENSION OF TIME TO FILE A RESPONSIVE PLEADING</u>**

NOW COME Defendants, EMC Mortgage Corporation, Bear Stearns Residential Mortgage Corporation, LaSalle National Bank Association as trustee for Certificate holders of Bear Stearns Asset-Backed Securities I LLC, Asset-Backed Certificates Series 2007-HE7, and Mortgage Electronic Registration Systems, Inc., (collectively "Defendants") by and through their attorneys, and move this Court to enter an Order granting Defendants an additional 21 days, up to and including June 26, 2008, within which to file responsive pleadings to Plaintiffs'

Complaint and an additional 14 days, up to and including June 19, 2008 to file the parties' Initial Status Report. In support of this Motion, Defendants state as follows;

1. Defendants require additional time to conduct an appropriate investigation of the factual and legal bases of the allegations in Plaintiffs' Complaint in order to prepare a proper response.

2. Plaintiff's counsel has agreed to allow Defendants an extension of twenty-one (21) days, up to and including June 26, 2008, to answer or otherwise plead.

3. In addition, Plaintiff's counsel has agreed to an extension of fourteen (14) days, up to and including June 19, 2008, for the parties to file the Initial Status Report.

4. This Motion is not made for the purpose of delay and Plaintiffs will not be prejudiced by the extension.

WHEREFORE, Defendants, respectfully pray that this Court enter an Order granting them an extension of time up to and including June 26, 2008, within which to file a responsive pleading and up to and including June 19, 2008, within which to file the Initial Status Report.

Date:  June 4, 2008

Respectfully submitted,
EMC Mortgage Corporation, Bear Stearns
Residential Mortgage Corporation, LaSalle National
Bank Association as trustee for Certificate holders
of Bear Stearns Asset-Backed Securities I LLC,
Asset-Backed Certificates Series 2007-HE7, and
Mortgage Electronic Registration Systems, Inc.

By:  s/ Blair B. Hanzlik
One of its Attorneys

Linda B. Dubnow
Blair B. Hanzlik (ARDC # 6279664)
Kristin H. Sculli
McGuireWoods LLP
77 W. Wacker Dr., Suite 4100
Chicago, IL  60601
Tel:  (312) 849-8100

## CERTIFICATE OF SERVICE

      I, Blair B. Hanzlik, an attorney, hereby certify that on June 4, 2008, I caused a copy of EMC Mortgage Corporation's, Bear Stearns Residential Mortgage Corporation's, LaSalle National Bank Association as trustee for Certificate holders of Bear Stearns Asset-Backed Securities I LLC, Asset-Backed Certificates Series 2007-HE7, and Mortgage Electronic Registration Systems, Inc.'s Agreed Motion for Extension of Time to be filed electronically with the Clerk of the Court using the CM/ECF system.  Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court System.

Al Hofeld, Jr.
Law Offices of Al Hoffeld, Jr., LLC
And the Social Justice Project
208 S. LaSalle Street, Suite #1650
Chicago, IL 60604


s/ Blair B. Hanzlik
Blair B. Hanzlik (ARDC # 6279664)
McGuireWoods LLP
77 W. Wacker Dr., Suite 4100
Chicago, IL  60601
Tel:  (312) 849-8100
Fax:  (312) 849-3690

\5296964.1