# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                          Case Number: 1:08-cv-01979

Dennis Radcliff,
v.
American Funding, Inc., et al.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Bear Sterns Residential Mortgage Corporation, LaSalle National Bank Association, as Trustee for Certificateholders of Bear Stearns Asset-Backed Securities I LLC, Asset-Backed Certificates, Series 2007-HE7; EMC Mortgage Corporation; Mortgage Electronic Systems, Inc.

| | |
|---|---|
| **NAME** (Type or print)<br>Kristin H. Sculli | |
| **SIGNATURE** (Use electronic signature if the appearance form is filed electronically)<br>s/ Kristin H. Sculli | |
| **FIRM**<br>McGuireWoods LLP | |
| **STREET ADDRESS**<br>77 West Wacker Drive, Suite 4100 | |
| **CITY/STATE/ZIP**<br>Chicago, IL 60601 | |
| **ID NUMBER** (SEE ITEM 3 IN INSTRUCTIONS)<br>6286388 | **TELEPHONE NUMBER**<br>(312) 849-8100 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐   NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐   NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐   NO ☑ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ | |