UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division

Dennis Radcliff
                        Plaintiff,

v.                                         Case No.: 1:08−cv−01979
                                                    Honorable Samuel Der−Yeghiayan

American Funding, Inc., et al.
                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, June 5, 2008:

      MINUTE entry before the Honorable Samuel Der−Yeghiayan: As stated on the record, Defendants Bear Sterns Residential Mortgage Corporation, LaSalle National Bank Association, EMC Mortgage Corporation, and Mortgage Electronic Systems, Inc's motion for extension of time to answer or otherwise plead to Plaintiff's complaint [16] is granted to and including 07/18/08 as to all Defendants. Status hearing held and continued to 07/29/08 at 9:00 a.m. As previously ordered, the parties are to file the Court's joint initial status report and joint jurisdictional status report by 07/23/08. Mailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.