**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| DENNIS RADCLIFF )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>AMERICAN FUNDING, INC. ET AL. )<br>)<br>Defendants. ) | 08-CV-01979<br><br>Judge Der-Yeghiayan<br>Magistrate Judge Brown |

**DEFENDANTS' AGREED MOTION FOR EXTENSION OF TIME TO FILE**
**A RESPONSIVE PLEADING**

NOW COME Defendants, EMC Mortgage Corporation, Bear Stearns Residential Mortgage Corporation, LaSalle National Bank Association as trustee for Certificate holders of Bear Stearns Asset-Backed Securities I LLC, Asset-Backed Certificates Series 2007-HE7, and Mortgage Electronic Registration Systems, Inc., (collectively "Defendants") by and through their attorneys, and move this Court to enter an Order granting Defendants an additional 14 days, up to and including August 1, 2008, within which to file responsive pleadings to Plaintiffs' Complaint.  In support of this Motion, Defendants state as follows;

1. The parties are in negotiations to resolve this matter and Defendants request additional time to continue negotiations before preparing their responses.

2. Plaintiff has agreed to allow Defendants an extension of fourteen (14) days, up to and including August 1, 2008, to answer or otherwise plead.

3. The extension will allow the parties the opportunity to continue negotiations toward resolution or to narrow the issues in dispute.

4. Defendants do not bring the present motion for purposes of delay and no party will be prejudiced by the granting of this motion.

2

WHEREFORE, Defendants, respectfully pray that this Court enter an Order granting them an extension of time up to and including August 1, 2008, within which to file a responsive pleading, and allowing any other further relief this Court deems just and appropriate.

Date:  July 11, 2008                           Respectfully submitted,

EMC Mortgage Corporation, Bear Stearns Residential Mortgage Corporation, LaSalle National Bank Association as trustee for Certificate holders of Bear Stearns Asset-Backed Securities I LLC, Asset-Backed Certificates Series 2007-HE7, and Mortgage Electronic Registration Systems, Inc.

By:  s/ Blair B. Hanzlik
One of its Attorneys

Linda B. Dubnow
Blair B. Hanzlik (ARDC # 6279664)
Kristin H. Sculli
McGuireWoods LLP
77 W. Wacker Dr., Suite 4100
Chicago, IL  60601
Tel:  (312) 849-8100

**CERTIFICATE OF SERVICE**

      I, Blair B. Hanzlik, an attorney, hereby certify that on July 11, 2008, I caused a copy of EMC Mortgage Corporation's, Bear Stearns Residential Mortgage Corporation's, LaSalle National Bank Association as trustee for Certificate holders of Bear Stearns Asset-Backed Securities I LLC, Asset-Backed Certificates Series 2007-HE7, and Mortgage Electronic Registration Systems, Inc.'s Agreed Motion for Extension of Time to be filed electronically with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court System.

Al Hofeld, Jr.
Law Offices of Al Hoffeld, Jr., LLC
And the Social Justice Project
208 S. LaSalle Street, Suite #1650
Chicago, IL 60604


s/ Blair B. Hanzlik
Blair B. Hanzlik (ARDC # 6279664)
McGuireWoods LLP
77 W. Wacker Dr., Suite 4100
Chicago, IL  60601
Tel:  (312) 849-8100
Fax:  (312) 849-3690