## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| DENNIS RADCLIFF | ) | |
| | ) | 08-CV-01979 |
| Plaintiff, | ) | |
| | ) | Judge Der-Yeghiayan |
| v. | ) | Magistrate Judge Brown |
| | ) | |
| AMERICAN FUNDING, INC. ET AL. | ) | |
| | ) | |
| Defendants. | ) | |

### NOTICE OF AGREED MOTION FOR EXTENSION OF TIME

To:

Al Hofeld, Jr.
Law Offices of Al Hoffeld, Jr., LLC
And the Social Justice Project
208 S. LaSalle Street, Suite #1650
Chicago, IL 60604

PLEASE TAKE NOTICE that on July 22, 2008 at 9:00 a.m. or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Der-Yeghiayan in Room 1903 of the United States District Court for the Northern District of Illinois, Eastern Division, and will then and there present Defendants' Agreed Motion for Extension of Time, a copy of which is attached and hereby served upon you.

Date:  July 11, 2008                                  Respectfully submitted,

                                                      EMC Mortgage Corporation, Bear Stearns
                                                      Residential Mortgage Corporation, LaSalle
                                                      National Bank Association as trustee for
                                                      Certificate holders of Bear Stearns Asset-
                                                      Backed Securities I LLC, Asset-Backed
                                                      Certificates Series 2007-HE7, and Mortgage
                                                      Electronic Registration Systems, Inc.

                By:  s/ Blair B. Hanzlik
                One of its Attorneys

                Linda B. Dubnow
                Blair B. Hanzlik (ARDC # 6279664)
                Kristin H. Sculli
                McGuireWoods LLP
                77 W. Wacker Dr., Suite 4100
                Chicago, IL  60601
                Tel:  (312) 849-8100
                Fax:  (312) 849-3690

**CERTIFICATE OF SERVICE**

      I, Blair B. Hanzlik, an attorney, hereby certify that on July 11, 2008, I caused a copy of EMC Mortgage Corporation's, Bear Stearns Residential Mortgage Corporation's, LaSalle National Bank Association as trustee for Certificate holders of Bear Stearns Asset-Backed Securities I LLC, Asset-Backed Certificates Series 2007-HE7, and Mortgage Electronic Registration Systems, Inc.'s Notice of Agreed Motion for Extension of Time to be filed electronically with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court System.

Al Hofeld, Jr.
Law Offices of Al Hoffeld, Jr., LLC
And the Social Justice Project
208 S. LaSalle Street, Suite #1650
Chicago, IL 60604



s/ Blair B. Hanzlik
Blair B. Hanzlik (ARDC # 6279664)
McGuireWoods LLP
77 W. Wacker Dr., Suite 4100
Chicago, IL  60601
Tel:  (312) 849-8100
Fax:  (312) 849-3690

\5297048.1

3