**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| **DENNIS RADCLIFF,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No.  2008 C 1979 |
| | ) | |
| **AMERICAN FUNDING, INC.;** | ) | |
| **PERFORMANCE CREDIT CORPORATION,** | ) | **Judge Der-Yeghiayan** |
| **f/k/a ENCORE CREDIT CORPORATION;** | ) | |
| **BEAR STERNS RESIDENTIAL MORTGAGE** | ) | **Magistrate Judge Brown** |
| **CORPORATION; LASALLE NATIONAL** | ) | |
| **BANK ASSOCIATION, AS TRUSTEE FOR** | ) | |
| **CERTIFICATE HOLDERS OF BEAR** | ) | |
| **STEARNS ASSET BACKED SECURITIES I** | ) | |
| **LLC, ASSET-BACKED CERTIFICATES,** | ) | |
| **SERIES 2007-HE7; EMC MORTGAGE** | ) | |
| **CORPORATION; MORTGAGE ELECTRO-** | ) | |
| **NIC SYSTEMS, INC.; and DOES 1-5,** | ) | |
| | ) | **JURY DEMAND** |
| Defendants. | ) | |

## NOTICE OF FILING

To:  Attached Service List

    **PLEASE TAKE NOTICE** that on July 18, 2008 I caused to be filed with the Clerk of the United States District Court for the Northern District of Illinois: Answer of American Funding to the Complaint.

    I certify that on July 18, 2008, the foregoing Plaintiff's, Notice of Filing were filed electronically with the Court. Notice of this filing will be accomplished pursuant to ECF as to Filing Users and shall comply with Local Rule 5.5 as to any party who is not a Filing User or represented by a Filing User. Parties may access this filing through the Court's system.

                                              Odim Law Offices

                                            By: *s/ Carlton Odim*_____
                                                Carlton Odim

Odim Law Offices
19 South LaSalle Street, Suite 1300
Chicago, Illinois 60603
(312) 578-9390
carlton@odimlaw.com

## SERVICE LIST

**1.**
**Plaintiff Dennis Radcliff**

**Al Hofeld, Jr.**
Law Offices of Al Hofeld, Jr., LLC
208 S. LaSalle Street, Suite #1650
Chicago, IL 60604
(312) 345-1004
Fax: 312-346-3242
Email: al@alhofeldlaw.com

**2.**
**Defendant Performance Credit Corporation**
*formerly known as*
Encore Credit Corporation

(No Attorney)

**3.**
**Defendant Bear Sterns Residential Mortgage Corporation**

**Linda Beth Dubnow**
McGuireWoods LLP
77 West Wacker Drive
#4100
Chicago, IL 60601
(312)849-8100
Email: ldubnow@mcguirewoods.com

**Blair Baker Hanzlik**
McGuireWoods LLP
77 West Wacker Drive
Suite 4400
Chicago, IL 60601-7567
(312)849-8100
Email: bhanzlik@mcguirewoods.com

**Kristin Henrichs Sculli**
McGuireWoods LLP
77 West Wacker Drive
Suite 4100
Chicago, IL 60601
(312)849-8286
Email: ksculli@mcguirewoods.com

**4.**
## Defendant LaSalle National Bank Association
*as trustee for certificate holders of Bear Stearns Asset Backed Securities I LLC, Asset-Backed Certificates, Series 2007-HE7*

**Linda Beth Dubnow**  
(See above for address)

**Blair Baker Hanzlik**  
(See above for address)

**Kristin Henrichs Sculli**  
(See above for address)

**5.**
## Defendant EMC Mortgage Corporation

**Linda Beth Dubnow**  
(See above for address)

**Blair Baker Hanzlik**  
(See above for address)

**Kristin Henrichs Sculli**  
(See above for address)

**6.**
## Defendant Mortgage Electronic Systems, Inc.

**Linda Beth Dubnow**  
(See above for address)

**Blair Baker Hanzlik**  
(See above for address)

**Kristin Henrichs Sculli**  
(See above for address)