# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Dennis Radcliff

Plaintiff,

v.                                                     Case No.: 1:08−cv−01979

Honorable Samuel Der−Yeghiayan

American Funding, Inc., et al.

Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, July 21, 2008:

MINUTE entry before the Honorable Samuel Der−Yeghiayan: Defendant EMC Mortgage Corporation's agreed motion for extension of time to file a responsive pleading [22] is granted to and including 08/01/08 as to all remaining Defendants who have not filed its responsive pleading. Status hearing reset to 08/06/08 at 9:00 a.m. Status hearing set for 07/29/08 is stricken. Mailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.