**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| DENNIS RADCLIFF | ) | |
| | ) | |
| Plaintiff, | ) | 08 CV 1979 |
| | ) | |
| vs. | ) | |
| | ) | Judge Der-Yeghiayan |
| AMERICAN FUNDING, INC.; | ) | |
| PERFORMANCE CREDIT | ) | |
| CORPORATION, f/k/a | ) | Magistrate Judge Brown |
| ENCORE CREDIT CORPORATION; | ) | |
| BEAR STERNS RESIDENTIAL | ) | |
| MORTGAGE CORPORATION; | ) | |
| LASALLE NATIONAL BANK | ) | |
| ASSOCIATION, AS TRUSTEE FOR | ) | |
| CERTIFICATEHOLDERS OF BEAR | ) | |
| STEARNS ASSET BACKED | ) | |
| SECURITIES I LLC, ASSET-BACKED | ) | |
| CERTIFICATES, SERIES 2007-HE7; | ) | |
| EMC MORTGAGE CORPORATION; | ) | |
| MORTGAGE; ELECTRONIC SYSTEMS, | ) | |
| INC.; and DOES 1-5, | ) | |
| | ) | **JURY DEMAND** |
| Defendants. | ) | |

## NOTICE OF F.R.C.P. 41(a)(1)(i) DISMISSAL OF EMC AND COUNT III

Pursuant to F.R.C.P. 41(a)(1)(i) and to an agreement reached between counsel for plaintiff and counsel for defendant EMC Mortgage Corporation ("EMC"), plaintiff in the above-captioned action hereby voluntarily dismisses defendant EMC from this action, *without* prejudice. Further, plaintiff voluntarily dismisses, *with* prejudice, plaintiff's Counts III in its entirety and as to all defendants. All of the requirements of a F.R.C.P. 41(a) dismissal are met. The parties shall bear their own fees and costs.

1

                            Respectfully submitted,

                            <u>s/Al Hofeld, Jr.</u>
                            Al Hofeld, Jr.

Al Hofeld, Jr.
LAW OFFICES OF AL HOFELD, JR., LLC
and The Social Justice Project, Inc.,
208 S. LaSalle Street, Suite #1650
Chicago, Illinois 60604
Phone - (312) 345-1004
Fax – (312) 346-3242
al@alhofeldlaw.com

## CERTIFICATE OF SERVICE BY ELECTRONIC MEANS

    I, Al Hofeld, Jr., attorney for plaintiffs, hereby certify that on July 22, 2008, service of the foregoing ***Notice of F.R.C.P. 41(a)(1)(i) Dismissal of Class Allegations and Certain Counts*** was accomplished pursuant to ECF as to Filing Users, and I shall comply with LR 5.5 as to any party who is not a Filing User or represented by a Filing User.

                            <u>s/Al Hofeld, Jr.</u>
                            Al Hofeld, Jr.