IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| DENNIS RADCLIFF | ) | |
| | ) | |
| Plaintiff, | ) | Judge Der-Yeghiayan |
| | ) | |
| vs. | ) | |
| | ) | |
| AMERICAN FUNDING, INC.; | ) | 08 CV 1979 |
| PERFORMANCE CREDIT | ) | |
| CORPORATION, f/k/a | ) | |
| ENCORE CREDIT CORPORATION; | ) | |
| BEAR STEARNS RESIDENTIAL | ) | Magistrate Judge Brown |
| MORTGAGE CORPORATION; | ) | |
| LASALLE NATIONAL BANK | ) | |
| ASSOCIATION, AS TRUSTEE FOR | ) | |
| CERTIFICATEHOLDERS OF BEAR | ) | |
| STEARNS ASSET BACKED | ) | |
| SECURITIES I LLC, ASSET-BACKED | ) | |
| CERTIFICATES, SERIES 2007-HE7; | ) | |
| EMC MORTGAGE CORPORATION; | ) | |
| MORTGAGE ELECTRONIC SYSTEMS, | ) | |
| INC.; and DOES 1-5, | ) | |
| | ) | **JURY DEMAND** |
| Defendants. | ) | |

**JOINT JURISDICTIONAL STATUS REPORT**

The parties having conferred on July 31, 2008, pursuant to the Court's Standing Order concerning the Joint Jurisdictional Status Report, the parties submit the following Joint Jurisdictional Status Report:

1.      **Subject Matter Jurisdiction.**  This Court has subject matter jurisdiction under 28 U.S.C. §§1331 (general federal question), 1337 (interstate commerce), 1367 (supplemental jurisdiction), 15 U.S.C. §§ 1640 (TILA).  Diversity is not an asserted basis for this Court's jurisdiction.

2.      **Venue (Plaintiff's Position).**  Venue is appropriate in the Northern District of Illinois, Eastern Division, because (1) plaintiff resides within the District and Division; (2) plaintiff resided here when the transaction occurred; and (3) the transaction occurred in the District and Division.  At all relevant times, including at all times during 2007 (when the transaction and alleged misconduct occurred), plaintiff resided at 13523 West Oakwood Court, Homer Glen, Illinois, 60491.  Plaintiff has resided at this address continuously since purchasing the home some years ago.

Further, (4) plaintiff alleges that all defendants did business within the District and the Division during July, 2007, the time they committed the violations alleged in plaintiff's complaint.  Defendants do not contest venue.

Date:  July 31, 2008


For plaintiff:

s/Al Hofeld, Jr.

Al Hofeld, Jr.
Law Offices of Al Hofeld, Jr., LLC
and The Social Justice Project, Inc.
208 S. LaSalle St., Suite 1650
Chicago, IL 60604
(312) 345-1004
(312) 346-3242 (FAX)
al@alhofeldlaw.com


For defendant American Funding, Inc.:

s/Carlton Odim

Carlton Odim
Odim Law Offices
19 South LaSalle Street, Suite 1300

Chicago, IL 60603-1417
(Phone) 312-578-9390
carlton@odimlaw.com


For defendants Bear Stearns Residential Mortgage Corporation;
LaSalle National Bank Association, as Trustee;
And Mortgage Electronic Registration Systems:

s/Linda B. Dubnow

Linda B. Dubnow
Blair B. Hanzlik
McGuireWoods LLP
77 West Wacker Drive, Suite 1400
Chicago, IL 60601-1818
(Phone) 312-849-8100
ldubnow@mcguirewoods.com
bhanzlik@mcguirewoods.com