# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Samuel Der-Yeghiayan | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1979 | **DATE** | 8/6/2008 |
| **CASE TITLE** | Radcliff vs. American Funding, et al. | | |

**DOCKET ENTRY TEXT**

Status hearing held.  Pursuant to Plaintiff's notice of voluntarily dismissal [27], Defendant EMC Mortgage Corporation is hereby dismissed as a named Defendant without prejudice.  Furthermore, Count III is hereby dismissed with prejudice as to the remaining Defendants.  Counsel for the Plaintiff advised the Court that he will be filing a motion for leave to file an amended complaint.

Docketing to mail notices.

00:05

| | Courtroom Deputy Initials: | maw |
|---|---|---|