**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| DENNIS RADCLIFF | ) | |
| | ) | |
| Plaintiff, | ) | 08 CV 1979 |
| | ) | |
| vs. | ) | |
| | ) | Judge Der-Yeghiayan |
| AMERICAN FUNDING, INC.; | ) | |
| PERFORMANCE CREDIT | ) | |
| CORPORATION, f/k/a | ) | Magistrate Judge Brown |
| ENCORE CREDIT CORPORATION; | ) | |
| BEAR STERNS RESIDENTIAL | ) | |
| MORTGAGE CORPORATION; | ) | |
| LASALLE NATIONAL BANK | ) | |
| ASSOCIATION, AS TRUSTEE FOR | ) | |
| CERTIFICATEHOLDERS OF BEAR | ) | |
| STEARNS ASSET BACKED | ) | |
| SECURITIES I LLC, ASSET-BACKED | ) | |
| CERTIFICATES, SERIES 2007-HE7; | ) | |
| MORTGAGE ELECTRONIC SYSTEMS, | ) | |
| INC.; and DOES 1-5, | ) | |
| | ) | **JURY DEMANDED** |
| Defendants. | ) | |

## NOTICE OF MOTION

**TO:** SEE ATTACHED SERVICE LIST

      **PLEASE TAKE NOTICE** that on **Tuesday, August 12, 2008** at **9:00 a.m.**, we shall appear before the Honorable Judge Samuel Der-Yeghiayan in Room 1903 in the United States District Court for the Northern District of Illinois, 219 S. Dearborn St., Chicago, IL, and then and there present: **PLAINTIFFS' MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT,** a copy of which is hereby served upon you.

                                              s/ Al Hofeld, Jr.
                                              Al Hofeld, Jr.

Al Hofeld, Jr.
LAW OFFICES OF AL HOFELD, JR., LLC
and The Social Justice Project
208 S. LaSalle Street, Suite #1650
Chicago, Illinois  60604
(312) 345-1004
(312) 346-3242 (FAX)

al@alhofeldlaw.com

**CERTIFICATE OF SERVICE BY ELECTRONIC MEANS**

I, Al Hofeld, Jr., attorney for plaintiffs, hereby certify that on August 6, 2008, service of the foregoing ***Plaintiff's Motion For Leave to File First Amended Complaint*** was accomplished pursuant to ECF as to Filing Users, and I shall comply with LR 5.5 as to any party who is not a Filing User or represented by a Filing User.

       s/Al Hofeld, Jr.
       Al Hofeld, Jr.