## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
## Eastern Division

Dennis Radcliff
                        Plaintiff,

v.                                          Case No.: 1:08−cv−01979
                                                   Honorable Samuel Der−Yeghiayan

American Funding, Inc., et al.
                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, August 12, 2008:

      MINUTE entry before the Honorable Samuel Der−Yeghiayan: Plaintiff's motion for leave to file First Amended Complaint [31] is granted. Defendants are to answer or otherwise plead to Plaintiff's First Amended Complaint by 09/30/08. Status hearing set for 10/02/08 at 9:00 a.m. Mailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.