

**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604
www.ilnd.uscourts.gov

## NOTIFICATION OF CHANGE OF ATTORNEY ADDRESS OR NAME

**Instructions:** Complete this form and e-file it in each case you list below. Next, use the CM/ECF "Utilities" menu to update your address information in CM/ECF. Updating this information is critical. Instructions for this procedure can be found on the Court's website in the CM/ECF User Guide section entitled "Managing Your CM/ECF Account." If the CM/ECF system will not permit you to make any changes to the data field used for your firm name, fax this form to 312-554-8512.

NAME: Linda B. Dubnow

FIRM: Neal Gerber & Eisenberg, LLP

STREET ADDRESS: 2 North LaSalle Street, Suite 2200

CITY/STATE/ZIP: Chicago, Illinois 60602

PHONE NUMBER: 312.269.8065

E-MAIL ADDRESS: ldubnow@ngelaw.com

ARDC NUMBER (ILLINOIS STATE BAR MEMBERS): 6229169

If you have previously filed an appearance with
this Court using a different name, enter that name:

**List all active cases below in which you currently have an appearance on file.**

| Case Number | Case Title | Assigned Judge |
|---|---|---|
| 08 C 01979 | Radcliff v. American Funding et al | Der-Yeghiayan |
| | | |
| | | |
| | | |
| | | |
| | | |

_____
Attorney's Signature

_____8/18/08_____
Date