## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| DENNIS RADCLIFF ) | |
| ) | 08-CV-01979 |
| Plaintiff, ) | |
| ) | Judge Der-Yeghiayan |
| v. ) | Magistrate Judge Brown |
| ) | |
| AMERICAN FUNDING, INC. ET AL. ) | |
| ) | |
| Defendants. ) | |

## MOTION FOR LEAVE TO WITHDRAW

McGuireWoods LLP and its attorneys, Blair B. Hanzlik and Kristin H. Sculli, pursuant to Local Rule 83.17 of the Local Rules of the United States District Court, Northern District of Illinois, respectfully move for leave to withdraw as counsel of record for the defendants, EMC Mortgage Corporation, Bear Stearns Residential Mortgage Corporation, LaSalle National Bank Association as trustee for Certificate holders of Bear Stearns Asset-Backed Securities I LLC, Asset-Backed Certificates Series 2007-HE7, and Mortgage Electronic Registration Systems, Inc. ("Defendants").  Defendants have consented to this withdrawal.  Defendants will continue to be represented by counsel of record, Linda B. Dubnow, Neal, Gerber, Eisenberg, Two North LaSalle Street, Chicago, IL 60602.  No party will be prejudiced in granting this motion for leave to withdraw.

WHEREFORE, Blair B. Hanzlik and Kristin H. Sculli respectfully pray that this Court enter an order granting leave to withdraw.

Date:  August 25, 2008              Respectfully submitted,

EMC Mortgage Corporation, Bear Stearns
Residential Mortgage Corporation, LaSalle National
Bank Association as trustee for Certificate holders
of Bear Stearns Asset-Backed Securities I LLC,

      Asset-Backed Certificates Series 2007-HE7, and
      Mortgage Electronic Registration Systems, Inc.

        By: <u>s/ Blair B. Hanzlik</u>
        One of its Attorneys

        Blair B. Hanzlik (ARDC # 6279664)
        Kristin H. Sculli
        McGuireWoods LLP
        77 W. Wacker Dr., Suite 4100
        Chicago, IL  60601
        Tel:  (312) 849-8100

2

**CERTIFICATE OF SERVICE**

      I, Blair B. Hanzlik, an attorney, hereby certify that on August 25, 2008, I caused a copy of the foregoing **MOTION FOR LEAVE TO WITHDRAW** to be filed electronically with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to the attorneys of record by operation of the Court's electronic filing system. Parties may access this filing through the Court System.

s/ Blair B. Hanzlik
Blair B. Hanzlik (ARDC # 6279664)
McGuireWoods LLP
77 W. Wacker Dr., Suite 4100
Chicago, IL 60601
Tel: (312) 849-8100
Fax: (312) 849-3690

\6496843.1

3