UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| DENNIS RADCLIFF | ) | |
| | ) | 08-CV-01979 |
| Plaintiff, | ) | |
| | ) | Judge Der-Yeghiayan |
| v. | ) | Magistrate Judge Brown |
| | ) | |
| AMERICAN FUNDING, INC. ET AL. | ) | |
| | ) | |
| Defendants. | ) | |

### NOTICE OF MOTION

PLEASE TAKE NOTICE that on September 2, 2008 at 9:00 a.m. or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Samuel Der-Yeghiayan or any judge sitting in his stead in Room 1903, United States District Court for the Northern District of Illinois, Eastern Division, 219 S. Dearborn St., Chicago, Illinois, and then and there present the attached Motion for Withdrawal of Attorney, a copy of which is attached hereto and hereby served upon you:

Date: August 25, 2008

Respectfully submitted,

EMC Mortgage Corporation, Bear Stearns Residential Mortgage Corporation, LaSalle National Bank Association as trustee for Certificate holders of Bear Stearns Asset-Backed Securities I LLC, Asset-Backed Certificates Series 2007-HE7, and Mortgage Electronic Registration Systems, Inc.

By: s/ Blair B. Hanzlik
One of its Attorneys

Blair B. Hanzlik (ARDC # 6279664)
Kristin H. Sculli
McGuireWoods LLP
77 W. Wacker Dr., Suite 4100
Chicago, IL 60601
Tel: (312) 849-8100

2

**CERTIFICATE OF SERVICE**

      I, Blair B. Hanzlik, an attorney, hereby certify that on August 25, 2008, I caused a copy of the foregoing **MOTION FOR LEAVE TO WITHDRAW** to be filed electronically with the Clerk of the Court using the CM/ECF system.  Notice of this filing will be sent to the attorneys of record by operation of the Court's electronic filing system.  Parties may access this filing through the Court System.

s/ Blair B. Hanzlik
Blair B. Hanzlik (ARDC # 6279664)
McGuireWoods LLP
77 W. Wacker Dr., Suite 4100
Chicago, IL  60601
Tel:  (312) 849-8100
Fax:  (312) 849-3690

\6496843.1