# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Samuel Der-Yeghiayan | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1979 | **DATE** | 9/2/2008 |
| **CASE TITLE** | Dennis Radcliff vs. American Funding, Inc., et al. | | |

**DOCKET ENTRY TEXT**

Motion hearing held. Defendants EMC Mortgage Corp, Bear Stearns Residential Mtge, LaSalle National Bank, and Mortgage Electronic Registration System's motion to withdraw attorneys Blair B. Hanzlik and Kristin H. Sculli as counsel for Defendants [36] is granted. Blair B. Hanzlik and Kristin H. Sculli are hereby given leave to withdraw as counsel for Defendants EMC Mortgage Corp, Bear Stearns Residential Mtge, LaSalle National Bank, and Mortgage Electronic Registration System. All dates remain unchanged.

Docketing to mail notices.

00:05

| | Courtroom Deputy Initials: | maw |
|---|---|---|